### ÆTNA LIFE INS. CO. v. TOWN OF MILFORD.

### SAME v. TOWN OF BELMONT.

### (Circuit Court, N. D. Illinois. July 5, 1887.)

BLODGETT, J. The suits brought by the same complainant against the town of Milford and the town of Belmont have been submitted on demurrers, and present precisely the same questions which are presented in the case just considered; and these demurrers will therefore be sustained, and the bills dismissed for want of equity.